IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTORIA MCNEIR, | ) | CASE NO. 4:07 CV 3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVOL, INC., and C. R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER STAYING ALL PROCEEDINGS

Having considered Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL, filing 19, it is hereby **ORDERED** that all deadlines and further proceedings in this action before this Court are stayed pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island.

**SO ORDERED** this 26th day of July, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge