A CERTIFIED TRUE COPY

AUG - 3 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 18 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1842

### IN RE Kugel Mesh Hernia Patch Products Liability Litigation

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d.___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

5

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## MDL NO. 1842
## IN RE Kugel Mesh Hernia Patch Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| ALABAMA NORTHERN ALN 2 07-1033 | David Staton, et al. v. Davol, Inc., et al. | 07-1855 |
| CALIFORNIA SOUTHERN CAS 3 07-806 | Wendy H. Risley, et al. v. Davol, Inc., et al. | 07-1856 |
| FLORIDA NORTHERN FLN 3 07-176 | Neil Montgomery, Jr., et al. v. Davol, Inc., et al. | 07-1857 |
| KENTUCKY WESTERN KYW 1 07-93 | J.W. Collins v. Davol, Inc., et al. | 07-1858 |
| LOUISIANA WESTERN LAW 2 07-747 | Randall G. Woodard v. Davol, Inc., et al. | 07-1859 |
| MISSOURI EASTERN MOE 4 07-1045 | Beverly Diffee v. C.R. Bard, Inc., et al. | 07-1860 |
| NORTH CAROLINA MIDDLE NCM 1 07-393 NCM 1 07-396 | Brenda Randall v. Davol, Inc., et al. Elmer Knapp v. Davol, Inc., et al. | 07-1861 07-1862 |
| NEBRASKA NE 4 07-3142 | Victoria McNeir v. Davol, Inc., et al. | 07-1863 |
| NEVADA ~~NV 2 07-731~~ | ~~Judy A. Nichol, et al. v. Davol, Inc., et al.~~ Opposed 7/31/07 | |
| NEW YORK EASTERN NYE 1 07-1540 NYE 1 07-2392 | John DiLeonardo, et al. v. Davol, Inc., et al. Florence Horowitz, et al. v. Davol, Inc., et al. | 07-1864 07-1865 |
| OHIO NORTHERN OHN 1 07-1336 | David Kinney, etc. v. Davol, Inc., et al. | 07-1866 |
| TENNESSEE MIDDLE TNM 3 07-482 TNM 3 07-636 TNM 3 07-643 | Lydia F. Kolb, et al. v. C.R. Bard, Inc., et al. Lattica Lashey Horton v. C.R. Bard, Inc., et al. Martha Burleson, et al. v. C.R. Bard, Inc., et al. | 07-1867 07-1868 07-1869 |
| TEXAS EASTERN TXE 1 07-312 | Loretta Renee Wilkins v. Davol, Inc., et al. | 07-1870 |
| TEXAS SOUTHERN TXS 4 07-1394 TXS 4 07-2002 TXS 4 07-2031 TXS 4 07-2040 TXS 4 07-2041 TXS 4 07-2044 TXS 4 07-2046 TXS 4 07-2048 TXS 4 07-2055 | Ruben Cavazos v. C.R. Bard, Inc., et al. Kathy A. Shepherd v. Davol, Inc., et al. Betsy L. Bynum v. Davol, Inc., et al. Roy R. Young v. Davol, Inc., et al. Mauro L. Cossentino v. Davol, Inc., et al. Carla Jean Eaves v. Davol, Inc., et al. Willis C. Gabbard v. Davol, Inc., et al. Shirley L. Wright v. Davol, Inc., et al. Gladys Mae Fox v. Davol, Inc., et al. | 07-1871 07-1872 07-1873 07-1874 07-1875 07-1876 07-1877 07-1878 07-1879 |
| TEXAS WESTERN TXW 6 07-163 | Robert Witt v. Davol, Inc., et al. | 07-1880 |